# EXHIBIT C

CHAPMAN LAW GROUP
Summer McKeivier SBN 230605
1441 Long Lake Rd., Ste. 310
Troy, MI 48098
Telephone (248) 644-6326
Fax (248) 644-6324
smckeivier@chapmanlawgroup.com

Attorneys for Plaintiff
Dr. David Bockoff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| David Bockoff, M.D,,<br><br>   Plaintiff,<br>  vs.<br><br>**MERRICK GARLAND**, Attorney General of the United States, United States Department of Justice;<br>**ANNE MILGRAM**, Administrator Drug Enforcement Administration, United States Department of Justice: **UNITED STATES DEPARTMENT OF JUSTICE**; and **DRUG ENFORCEMENT ADMINISTRATION**, United States Department of Justice,<br><br>   Defendants. | Case No.: 2:22-cv-9046<br><br>**DECLARATION OF SUMMER MCKEIVIER IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

1. I am a senior attorney with the law firm of Chapman Law Group, attorney of record for Plaintiff, David Bockoff, M.D. ("Plaintiff"). I am a member in good standing of the California State Bar and admitted to practice in the Central District of California. I have personal knowledge of the facts set forth herein and if called to testify as a witness could and would truthfully and competently testify thereto.

2. On December 14, 2022, I spoke via telephone with Vanea Morrell, the DEA attorney assigned from the Office of Chief Counsel. After counsel denied Plaintiff's request for the DEA to rescind the Immediate Suspension Order ("ISO") pending the Order to Show Cause hearing, I informed Ms. Morrell that Plaintiff intended to file a complaint, application, and declarations in support of a temporary restraining order by the end of business today. I further informed her that Plaintiff would seek to have a hearing as soon as one could be scheduled to prevent the continued, irreparable harm to Dr. Bockoff, his medical practice and his patients caused by the ISO. A true and correct copy of this email is attached hereto as **Exhibit 1.**

3. Following the call with Ms. Morrell, emails were also sent to Assistant United States Attorney, Patrick Castaneda, and Office of DEA Administrator, Anne Milgram, providing notice of Plaintiff's intention to file a complaint, application, and declaration in support of a temporary restraining order by the end of business today. The email also asserted that Plaintiff would request a hearing as soon as one could be scheduled to prevent the continued, irreparable harm to Dr. Bockoff, his medical practice and his patients caused by the ISO. A true and correct copy of this email is attached hereto as **Exhibit 2.**

I declare under penalty of perjury of the law of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of December 2022, in Los Angeles, CA.

Summer McKeivier

# EXHIBIT 1

# Summer McKeivier

| | |
|---|---|
| **From:** | Summer McKeivier |
| **Sent:** | Wednesday, December 14, 2022 10:16 AM |
| **To:** | vanea.a.morrell@dea.gov |
| **Cc:** | Matthew Pelcowitz; Bartlett, Mark |
| **Subject:** | Notice of Intent to File Temporary Restraining Order re: David Bockoff M.D. |

Ms. Morrell:

As indicated in our telephone call, my firm is retained to represent Dr. Bockoff in an effort to obtain relief from the Immediate Suspension Order issued by the DEA**.**  Since the DEA has declined my offer to rescind the ISO, please take notice that we intend to file a Complaint, Application and Declarations in support of a Temporary Restraining Order in Western Division of the Central District of California by the end of business today.  We will also seek to have the Court set this for hearing as soon as possible to prevent the continued, irreparable harm caused by the ISO to Dr. Bockoff, his practice and his patients.

As a courtesy, once all documents have been filed and accepted by the Court, I will email copies to you.

Regards,

**SUMMER MCKEIVIER** | Senior Attorney

Los Angeles Satellite Office
Mailing Address:  1441 West Long Lake Rd., Ste. 310, Troy, MI 48098
MI Phone: (248) 644-6326
CA Phone: (818) 287-0576 – After 5pm EST

Email: smckeivier@chapmanlawgroup.com
Web: www.chapmanlawgroup.com

Download our FREE ULTIMATE HEALTHCARE COMPLIANCE GUIDE!



This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify us at (248) 644-6326.

# EXHIBIT 2

# Summer McKeivier

| | |
|---|---|
| **From:** | Summer McKeivier |
| **Sent:** | Wednesday, December 14, 2022 10:50 AM |
| **To:** | patrick.castaneda@usdoj.gov |
| **Cc:** | Bartlett, Mark; Matthew Pelcowitz; vanea.a.morrell@dea.gov; anne.milgram@dea.gov; anne.m.milgram@dea.gov |
| **Subject:** | Notice of intent to File for Temporary Restraining Order re: ISO of David Bockoff, M.D. registration |

Mr. Castaneda:

My firm is retained to represent Dr. Bockoff in obtaining relief from the Immediate Suspension Order issued by the DEA.  After speaking with DEA counsel, Vanea Morrell this morning, this email shall serve as notice that we intend to file a Complaint, Application and Declarations in support of a Temporary Restraining Order in the Western Division of the Central District of California by the end of business today.  We will also seek to have the Court set this for hearing as soon as possible to prevent the continued, irreparable harm caused by the ISO to Dr. Bockoff, his practice and his patients.

As a courtesy, once all documents have been filed and accepted by the Court, I will email copies to you.

Regards,

**SUMMER MCKEIVIER** | Senior Attorney

Los Angeles Satellite Office
Mailing Address:  1441 West Long Lake Rd., Ste. 310, Troy, MI 48098
MI Phone: (248) 644-6326
CA Phone: (818) 287-0576 – After 5pm EST
Email: smckeivier@chapmanlawgroup.com
Web: www.chapmanlawgroup.com

Download our FREE ULTIMATE HEALTHCARE COMPLIANCE GUIDE!



This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify us at (248) 644-6326.