UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BOCKOFF,<br><br>    Plaintiff,<br><br>v.<br><br>MERRICK GARLAND et al.,<br><br>    Defendants. | Case No.  2:22-CV-09046-SB-KS<br><br>ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION |

    Generally, the United States and its agencies and officers must answer a complaint within 60 days after service.  *See* Fed. R. Civ. P. 12(a)(2).  Plaintiff filed this action on December 15, 2022, more than 60 days ago, and obtained summonses the same day.  The record contains no proof of whether or when he served Defendants.  Also on December 15, Plaintiff filed an emergency application for a temporary restraining order (TRO).  Dkt. No. 16.  Defendants opposed the application, Dkt. No. 20, and the Court held a hearing and denied the TRO application on January 3, 2023, Dkt. No. 24.

    No Defendant has filed an answer.  It is unclear on this record whether Plaintiff properly served Defendants.  Plaintiff has not sought entry of default.  Nor is it clear whether Plaintiff intends to prosecute this action further following the denial of his request for a TRO.

    Accordingly, Plaintiff is ordered to show cause in writing, no later than March 2, 2023, why his claims should not be dismissed for lack of prosecution.  Failure to timely respond will result in the dismissal without prejudice of the action in its entirety.

    IT IS SO ORDERED.

Date: February 23, 2023

                                                           Stanley Blumenfeld, Jr.
                                                           United States District Judge